AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America )<br>v. )<br>PRIVE OVERSEAS MARINE, LLC )<br> )<br>*Defendant* ) | Case No. 24-74 G |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: April 29, 2024

_____ as representative of Prive Overseas Marine, LLC
*Defendant's signature*

_____
*Signature of defendant's attorney*

John Kinchen
*Printed name of defendant's attorney*

_____
*Judge's signature*

Janis van Meerveld, U.S. Magistrate Judge
*Judge's printed name and title*