**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 24-74 |
| VERSUS | SECTION "G" |
| PRIVE OVERSEAS MARINE, LLC<br>PRIVE SHIPPING DENIZCILIK TICARET, A.S. | VIOLATION:<br>18 U.S.C. § 371<br>18 U.S.C. § 1505<br>18 U.S.C. § 1519<br>33 U.S.C. § 1908(a)<br>18 U.S.C. § 2 |

NOTICE OF TRIAL

Take notice that this criminal proceeding is set for **June 10, 2024 at 9:00 a.m.**, before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: April 30, 2024 | CAROL L. MICHEL, CLERK<br>by Morgan Palmer, Deputy Clerk |

* * * * * * * * * * * *

TO:

✓ PRIVE OVERSEAS MARINE, LLC
✓ Sean Toomey, Counsel
✓ John Kinchen, Counsel

✓ PRIVE SHIPPING DENIZCILIK TICARET, A.S.
✓ Sean Toomey, Counsel
✓ John Kinchen, Counsel

✓ AUSA: Dall Kammer

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ SA Jose Santiago, CGIS
   Sacno.court@dhs.gov

**If you change address,
notify clerk of court
by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**NONE**